BEFORE THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. **2:19-CR-00006** |
| | ) | **JUDGE TRAUGER** |
| JOHN M. POLSTON, | ) | |
| Defendants. | ) | |

## DEFENDANT'S SECOND MOTION TO MODIFY CONDITIONS OF RELEASE

**COMES NOW** the Defendant, John M. Polston, by and through counsel, and would move to modify his current conditions of release so that he may take an additional scheduled trip out of state with his partner to visit family. In support of the foregoing, Mr. Polston would state and aver as follows:

1. The Court previously modified Mr. Polston's conditions of release so he could take a trip out of state with family to visit multiple states and national parks. (Doc. No. 88). Mr. Polston was required to furnish an itinerary and report to his probation officer within 24 hours of return. *Id*. There were no issues and/or problems, and Mr. Polston did as required.

2. Mr. Polston is now seeking a second modification so that he may travel to Boston, Massachusetts with his domestic partner so she may visit family members from September 10, 2023 thru September 20, 2023. Mr. Polston and his family do not know what the future holds, so he and his partner are attempting to take care of these obligations while he awaits resolution of the tangent criminal cases.

3. As set forth in the previous motion, the parties filed a joint motion to modify the conditions of Mr. Polston's release on October 22, 2021. (Doc. No. 69). This motion was filed in

1

response to a plea to one set of charges in the State of Kentucky, followed by subsequent charges of retaliating against a participant in a legal process/proceeding and menacing which grew out of the original charges. *Id*.

4. As also noted in the prior motion, Mr. Polston was already on an ankle monitor as part of his release on the subsequent charges as a condition of his release in state court. Those charges have now been resolved on a misdemeanor plea for which Mr. Polston has already served his sentence while in custody unable to make bond and/or while on home confinement with an ankle monitor. Thus, Mr. Polston has no further obligations to Kentucky related to his state charges. They have all been resolved.

5. Regardless, after receiving the subsequent charges in 2021, Mr. Polston agreed to report to Pretrial Services as directed, to refrain from the excessive use of alcohol, to receive random drug testing, and to participate in substance abuse treatment and a mental health treatment as directed by his Pretrial Services officer. The Court granted the joint motion, and Mr. Polston's release has been governed by these additional conditions since. (Doc. No. 70).

6. Since that time, Mr. Polston has been reporting to a Pretrial Services officer in Kentucky without issue. As directed, he has been meeting with a counselor twice a month, and he has been subject to random drug screens. Mr. Polston would submit he has had no issues whatsoever since his conditions of release were modified over 19 months ago. Mr. Polston has reported as required, passed all drug screens, and has honored other conditions of release.

7. The United States Attorney took no position on the prior motion other than to support any recommendations and/or objections of Pretrial Services. Pretrial Services objected to the first motion to modify. Mr. Polston assumes the government's position will be the same

2

regarding this motion. As such, it is the Mr. Polston's assumption this second motion for modification will be technically opposed.

7. Mr. Polston would submit that he has done very well since the conditions were modified more than 19 months ago, and this proposed trip to Boston poses no risk of harm or does any violation to the ends of justice.

WHEREFORE PREMISES CONSIDERED Mr. Polston would move the Court to modify his conditions of release to allow travel out of state to Boston, Massachusetts from September 10 through September 20, 2023, so that his domestic partner may visit family.

**RESPECTFULLY SUBMITTED** this the 31st day of August, 2023.

JOHN M. POLSTON

By: /s Michael R. Giaimo
MICHAEL R. GIAIMO, BPR#019394
Attorney for the Defendant
204 N. Washington Avenue
Cookeville, Tennessee 38501
(931) 372-7515
mrgiaimo@yahoo.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the foregoing document has been filed electronically pursuant to the CM/ECF mandatory electronic filing system and that a true and exact copy of same has been served by electronic mail upon the following attorneys of record:

Sarah K. Bogni
United States Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, Suite A961
Nashville, Tennessee 37203-3870
615-736-5151
sarah.bogni@usdog.gov;

Amanda J. Klopf
United States Department of Justice Criminal Division
United States Attorney's Office
110 9th Avenue South, Suite A-961 Nashville, TN 37203

615-736-5151
amanda.klopf@usdog.gov

This the 31st day of August, 2023.

                                              /s Michael R. Giaimo
                                              Michael R. Giaimo